NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHIRLEY J. BLEDSOE,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3054

---

Petition for review of the Merit Systems Protection Board in case no. CH0353100935-I-1.

---

## ON MOTION

---

## ORDER

Shirley J. Bledsoe moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

JAN 2 5 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Shirley J. Bledsoe
     Carrie A. Dunsmore, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 5 2011

JAN HORBALY
CLERK